UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jaime Flores,

        Plaintiff,

    v.

Los Angeles County Sheriff's Department, et al.,

        Defendants.

Case No. 2:21-cv-00117-VAP-Ex

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Denying Motion to Substitute Plaintiff and Granting Motion for Judgment on the Pleadings, IT IS ORDERED AND ADJUDGED that the action, *Jaime Flores v. Los Angeles County Sheriff's Department, et al.*, 2:21-cv-00117-VAP-Ex, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 11/3/22

                                     Virginia A. Phillips
                               Senior United States District Judge